**UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF OKLAHOMA**

| | | |
|---|---|---|
| **GERWIN ANTONIO LEAL RODRIGUEZ,** | ) | |
| **Petitioner,** | ) | |
| **v.** | ) | **Case No. CIV-26-1136-G** |
| **WARDEN, Cimarron Correctional Facility, et al.,** | ) | |
| **Respondents.** | ) | |

**ORDER**

On May 18, 2026, Petitioner Gerwin Antonio Leal Rodriguez filed a Petition for Writ of Habeas Corpus (Doc. No. 1), challenging his detention by U.S. Immigration and Customs Enforcement pursuant to 28 U.S.C. § 2241. In accordance with 28 U.S.C. § 636(b)(1), the matter was referred to Magistrate Judge Shon T. Erwin for preliminary review.

On September 29, 2026, Judge Erwin issued a Report and Recommendation ("R. & R.," Doc. No. 10), in which he recommended this action be dismissed as duplicative of another habeas proceeding filed by Petitioner. *See id.* at 2-4. In the R. & R., Judge Erwin advised the parties of their right to object to the R. & R. by October 6, 2026. Judge Erwin also advised that a failure to timely object would constitute a waiver of the right to appellate review of the factual findings and legal conclusions contained in the R. & R.

As of this date, no party has submitted an objection to the R. & R. or requested additional time to do so.

CONCLUSION

Accordingly, the Report and Recommendation (Doc. No. 10) is ADOPTED in its entirety. The Petition for Writ of Habeas Corpus (Doc. No. 1) is DISMISSED without prejudice. A separate judgment shall be entered.

IT IS SO ORDERED this 14th day of October, 2026.

CHARLES B. GOODWIN
United States District Judge